■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED HUTZENLAUB, Appellant. [737 NYS2d 300] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 25, 1999 (People v Hutzenlaub, 265 AD2d 574), affirming two judgments of the County Court, Suffolk County, both rendered June 10, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, Acting P.J., S. Miller, O'Brien and Schmidt, JJ., concur.